UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADAM JOHNSON,

        Plaintiff,

v.                                                 Case No.:  6:11-cv-770-Orl-18GJK

NCO FINANCIAL SYSTEMS, INC.,
UNKNOWN AGENTS OF NCO FINANCIAL
SYSTEMS, INC., UNKNOWN ENTITY
KNOWN AS CAPITAL ONE,

        Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCO Financial Systems, Inc. (NCO), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to Plaintiff's claims against all defendants including but not limited to NCO Financial Systems, Inc. who are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                    Respectfully submitted,

                                                    /s/Kenneth C. Grace
                                                    Kenneth C. Grace, Esq.
                                                    Florida Bar No.: 0658464
                                                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                    3350 Buschwood Park Drive, Suite 195
                                                    Tampa, FL 33618
                                                    Tele:   (813) 890-2463
                                                    Fax: (866) 466-3140
                                                    kgrace@sessions-law.biz
                                                    Counsel for Defendant
                                                    *NCO Financial Systems, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July, 2011 a copy of the foregoing was served electronically via CM/ECF on all counsel of record:

/s/Kenneth C. Grace
Attorney

485219