# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADAM JOHNSON,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:11-cv-770-Orl-31GJK**

**NCO FINANCIAL SYSTEMS, INC.;
UNKNOWN AGENTS OF NCO
FINANCIAL SYSTEMS, INC.; and
UNKNOWN ENTITY KNOWN AS
CAPITAL ONE,**

        **Defendants.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Pending Settlement (Doc. No. 14), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 14, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                 _____
                                   GREGORY A. PRESNELL
                         **UNITED STATES DISTRICT JUDGE**